429 A.2d 735

Commonwealth v. Ishmael, Appellant.

Submitted March 21, 1980. Arthur J. King, Assistant Public Defender, for appellant; Ronald T. William-

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.

600

son, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.